764 A.2d 1053

**Russell CARROLL**

v.

**WORKERS COMPENSATION APPEAL BOARD (UNIVERSITY OF PENNSYLVANIA).**

**Petition of University of Pennsylvania.**

Supreme Court of Pennsylvania.

Dec. 21, 2000.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December 2000, the Petition for Allowance of Appeal is granted and the matter is submitted on briefs.

The application for supersedeas is granted.